```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARISOL BARQUERO LESTINGI,          :
                                    :       20-CV-8800 (PAE) (RWL)
                  Plaintiff,        :
                                    :
       - against -                  :       ORDER
                                    :
The New York and Presbyterian Hospital, :
et al.,                             :
                                    :
                  Defendants.       :
                                    :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The settlement conference scheduled for August 11, 2021 is adjourned sine die.

As discussed at the conference held on July 15, 2021, the parties are to promptly notify the Court when they believe it would be fruitful to hold a settlement conference.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 15, 2021
       New York, New York

Copies transmitted this date to all counsel of record.