UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARISOL BARQUERO LESTINGI,

                              Plaintiff,

           -v-

THE NEW YORK AND PRESBYTERIAN HOSPITAL, TESSA JEAN, individually, and MARC GREENBAUM, individually,

                              Defendants.

20 Civ. 8800 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      The case management conference in this case, originally scheduled for November 29, 2021, at 2 p.m., is hereby adjourned to **January 14, 2022 at 1:30 p.m.**  This conference will be held telephonically.  The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key.  **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.  If either party wishes to move for summary judgment, they are to file a pre-motion letter no later than 14 days following the close of fact discovery, in accordance with Rule 3.H of the Court's Individual Rules.

      SO ORDERED.

                                                   *Paul A. Engelmayer*
                                                   PAUL A. ENGELMAYER
                                                   United States District Judge

Dated: November 24, 2021
         New York, New York