UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARISOL BARQUERO LESTINGI,

                      Plaintiff,

          -v-

THE NEW YORK AND PRESBYTERIAN HOSPITAL *et al.*,

                      Defendants.

20 Civ. 8800 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    Due to a scheduling conflict, the conference in this case, originally scheduled for March 10, 2022, at 10 a.m., is hereby rescheduled for March 18, 2022, at 9 a.m.  This conference will be held telephonically.  The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key.  **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

    SO ORDERED.

                                                           *Paul A. Engelmayer*
                                                     PAUL A. ENGELMAYER
                                                     United States District Judge

Dated: March 2, 2022
       New York, New York