UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARISOL BARQUERO LESTINGI,

                           Plaintiff,                         20 Civ. 8800 (PAE)

              -v-

                                                        ORDER

THE NEW YORK & PRESBYTERIAN HOSPITAL, TESSA
JEAN, and MARC GREENBAUM,

                           Defendants.

---

PAUL A. ENGELMAYER, District Judge:

At today's conference, the Court set the following due dates:

- By June 14, 2022, the parties' joint stipulation of undisputed facts;
- By July 8, 2022, defendants' opening brief in support of summary judgment;
- By July 29, 2022, plaintiff's brief opposition to defendants' opening brief; and
- By August 12, 2022, defendants' reply brief in support of summary judgment.

The Court further directs plaintiff, by May 27, 2022, to file a letter setting forth her position as to the discrete discovery dispute discussed at today's conference. Defendants are directed to file a response by May 31, 2022. The Court further grants defendants' pending motion at Dkt. 36, to compel plaintiff to appear, in person, for a medical examination. Plaintiff is directed to appear for such an examination by June 14, 2022. The Clerk of Court is respectfully directed to terminate the motion pending at Dkt. 36.

SO ORDERED.

                                                             *Paul A. Engelmayer*
                                                           PAUL A. ENGELMAYER
                                                           United States District Judge

Dated: May 24, 2022
          New York, New York