

Littler Mendelson, P.C.
900 Third Avenue
New York, NY  10022.3298

June 14, 2022

Miguel A. Lopez
212.583.9600 main
malopez@littler.com

**VIA ECF**

Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re:   ***Lestingi v. The New York & Presbyterian Hospital, et al.*, No. 1:20-cv-8800-PAE**

Dear Judge Engelmayer:

Counsel for the parties to the above-referenced litigation write to respectfully request that the Court extend the deadline for filing the parties' Joint Statement of Undisputed Fact ("JSF") by three days, from June 14, 2022 to June 17, 2022. This is the parties' first request to extend this deadline. This request for an extension will not impact the briefing schedule set by the Court for Defendants' motion for summary judgment.

Respectfully yours,

*/s/ Miguel A. Lopez*

Miguel A. Lopez


cc:   A. Michael Weber, Esq.
      Zack Holzberg, Esq.


Granted. The Clerk of Court is respectfully directed to close the motion pending at Dkt. 39. SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: June 14, 2022